EUGENE BROWN, JR. (SBN 79824)
ebrown@hinshawlaw.com
DANIEL ON (SBN 353103)
don@hinshawlaw.com
HINSHAW & CULBERTSON LLP
50 California Street, Suite 2900
San Francisco, CA 94111
Telephone:  415-362-6000
Facsimile:   415-834-9070

Attorneys for Defendant
JPMORGAN CHASE BANK, N.A.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MILAD ISKANDER,<br><br>    Plaintiff,<br><br>    vs.<br><br>JP MORGAN CHASE BANK, N.A., and DOES 1 to 10, inclusive,<br><br>    Defendants. | Case No. 2:24-cv-03381-JDP<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT JPMORGAN CHASE BANK, N.A.'S REQUEST FOR EXTENSION OF TIME FOR RESPONSIVE PLEADING**<br><br>Complaint Filed:  October 31, 2024<br>Removal Filed:  December 4, 2024 |

1

ORDER GRANTING CHASE'S REQUEST FOR EXTENSION OF TIME FOR RESPONSIVE
PLEADING
Case No. 2:24-cv-03381-JDP
1081301\323248314.v1

# **[PROPOSED] ORDER**

Having reviewed Defendant JPMORGAN CHASE BANK, N.A.'s Request for Extension of Time for Responsive Pleading, and good cause having been made to the satisfaction of the Court, IT IS SO ORDERED Defendant JPMORGAN CHASE BANK, N.A.'S deadline to respond to the Complaint has been extended twenty-eight (28) days from December 11, 2024, to January 8, 2025.

IT IS SO ORDERED.

Dated:   December 12, 2024

_____
JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE