Brian A. Paino (SBN 251243)
bpaino@hinshawlaw.com
Helen G. Mosothoane (SBN 254511)
hmosothoane@hinshawlaw.com
Zeeshan Iqbal (SBN 337990)
ziqbal@hinshawlaw.com
**HINSHAW & CULBERTSON LLP**
350 South Grand Ave., Suite 3600
Los Angeles, CA 90071-3476
Telephone:   213-680-2800
Facsimile:    213-614-7399

Attorneys for *Defendant* **JPMORGAN CHASE BANK, N.A.**

### UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MILAD ISKANDER,<br><br>     Plaintiff,<br><br>     vs.<br><br>JP MORGAN CHASE BANK, N.A., and DOES 1 to 10, inclusive,<br><br>     Defendants. | Case No. 2:24-cv-03381-JDP<br><br>**[PROPOSED]** ORDER GRANTING JOINT MOTION FOR FURTHER EXTENSION OF TIME FOR DEFENDANT TO FILE RESPONSE TO COMPLAINT<br><br><br>Complaint Filed:  October 31, 2024<br>Removal Filed:  December 4, 2024 |

Having reviewed the *Joint Motion for Further Extension of Time for Defendant to File Response to Complaint* ("Motion") filed by *defendant* JPMorgan Chase Bank, N.A. ("Defendant") and *plaintiff* Milad Iskander ("Plaintiff"), and good cause appearing therefor,

**IT IS ORDERED** that the Motion is **GRANTED** and the deadline for Defendant to respond to Plaintiff's Complaint is hereby extended from January 8, 2025, to **February 14, 2025**.

IT IS SO ORDERED.

Dated:   January 10, 2025          _____
                                                            JEREMY D. PETERSON
                                                            UNITED STATES MAGISTRATE JUDGE