UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MILAD ISKANDER, | Case No. 2:24-cv-3381-JDP |
| Plaintiff, | |
| v. | ORDER |
| JP MORGAN CHASE BANK, N.A., | |
| Defendant, | |

On February 14, 2025, defendant filed a motion to dismiss plaintiff's complaint for failure to state a claim. ECF No. 13. To date, plaintiff has not responded to defendant's motion.

Under the court's local rules, a responding party is required to file an opposition or statement of non-opposition to a motion no later than fourteen days after the date it was filed. E.D. Cal. L.R. 230(c). To manage its docket effectively, the court requires litigants to meet certain deadlines. The court may impose sanctions, including dismissing a case, for failure to comply with its orders or local rules. *See* Fed. R. Civ. P. 41(b); E.D. Cal. L.R. 110; *Hells Canyon Pres. Council v. U.S. Forest Serv.*, 403 F.3d 683, 689 (9th Cir. 2005); *Carey v. King*, 856 F.2d 1439, 1440-41 (9th Cir. 1988). Involuntary dismissal is a harsh penalty, but a district court has a duty to administer justice expeditiously and avoid needless burden for the parties. *See Pagtalunan v. Galaza*, 291 F.3d 639, 642 (9th Cir. 2002); Fed. R. Civ. P. 1.

1

The court will give plaintiff the opportunity to explain why sanctions should not be imposed for failure to file an opposition or statement of non-opposition to defendant's motion. Plaintiff's failure to respond to this order will constitute a failure to comply with a court order and will result in dismissal of this action.

Accordingly, it is hereby ORDERED that:

1. The April 17, 2025 hearing on defendant's motion is continued to May 22, 2025, at 10:00 a.m.

2. By no later than April 24, 2025, plaintiff shall file an opposition or statement of non-opposition to defendant's motion.

3. Plaintiff shall show cause, by no later than April 24, 2025, why sanctions should not be imposed for failure to timely file an opposition or statement of non-opposition to defendant's motion.

4. Defendant may file a reply to plaintiff's opposition, if any, no later than May 8, 2025.

IT IS SO ORDERED.

Dated:   April 8, 2025

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE