UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MILAD ISKANDER, | Case No. 2:24-cv-3381-JDP |
| Plaintiff, | |
| v. | ORDER |
| JP MORGAN CHASE BANK, N.A., | |
| Defendant. | |

For good cause shown in plaintiff's counsel's response, ECF No. 20, the court discharges its April 9, 2025 order to show cause, ECF No. 18.

IT IS SO ORDERED.

Dated:   April 17, 2025

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE

1