UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MILAD ISKANDER,<br><br>Plaintiff,<br><br>v.<br><br>JP MORGAN CHASE BANK, N.A.,<br><br>Defendant. | Case No. 2:24-cv-3381-JDP<br><br>ORDER AFTER HEARING |

This case was before the court on May 22, 2025, for hearing on defendant JP Morgan Chase Bank, N.A.'s motion to dismiss plaintiff's complaint pursuant to Federal Rule of Civil Procedure 12(b)(6). ECF No. 13. Attorney Helen Mosothoane appeared on behalf of defendant, and attorney Bryan Smith appeared on behalf of plaintiff.

For the reasons state on the record, it is hereby ORDERED that:

1. Defendant's motion to dismiss, ECF No. 13, is GRANTED.

2. Plaintiff's negligence and intentional infliction of emotional distress claims are dismissed without leave to amend as untimely.

3. Plaintiff's California Consumer Credit Reporting Act, elder abuse, and breach of contract claims are dismissed with leave to amend.

1

4. Plaintiff is granted until June 20, 2025, to file a first amended complaint.

IT IS SO ORDERED.

Dated:   May 22, 2025

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE