Brian A. Paino (SBN 251243)
bpaino@hinshawlaw.com
Helen G. Mosothoane (SBN 254511)
hmosothoane@hinshawlaw.com
Zeeshan Iqbal (SBN 337990)
ziqbal@hinshawlaw.com
**HINSHAW & CULBERTSON LLP**
350 South Grand Ave., Suite 3600
Los Angeles, CA 90071-3476
Telephone:    213-680-2800
Facsimile:    213-614-7399

Attorneys for *Defendant* **JPMORGAN CHASE BANK, N.A.**

### UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MILAD ISKANDER,<br><br>         Plaintiff,<br><br>    vs.<br><br>JP MORGAN CHASE BANK, N.A., and DOES 1 to 10, inclusive,<br><br>         Defendants. | Case No. 2:24-cv-03381-JDP<br><br>**ORDER APPROVING STIPULATION FURTHER EXTENDING JPMORGAN CHASE BANK, N.A.'S DEADLINE TO RESPOND TO PLAINTIFF'S FIRST AMENDED COMPLAINT** |

Having reviewed the *Stipulation Further Extending Defendant JPMorgan Chase Bank, N.A.'s Deadline to Respond to Plaintiff's First Amended Complaint* ("Stipulation") between *defendant* JPMorgan Chase Bank, N.A. ("Defendant") and *plaintiff* Milad Iskander ("Plaintiff"), and good cause appearing therefor,

**IT IS ORDERED** that the Stipulation is **APPROVED**.

**IT IS FURTHER ORDERED** that the deadline for Defendant to respond to Plaintiff's First Amended Complaint [Doc. 25] is hereby extended to **July 24, 2025**.

1
2   IT IS SO ORDERED.
3
4   Dated:   July 11, 2025                    _____
5                                              JEREMY D. PETERSON
                                               UNITED STATES MAGISTRATE JUDGE
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28